IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In Re: | Case No.: 09-22352-REB |
| Furniture South, Inc. | Chapter: 7 |
| Debtor | Honorable Robert E. Brizendine |

**CHAPTER 7 TRUSTEE'S SUPPLEMENTAL DIVIDEND DISTRIBUTION REPORT**

After filing the Chapter 7 Dividend Distribution Report on December 12, 2012, the Chapter 7 Trustee made all distributions as provided in the report. The distributions resulted in payment of all administrative expenses, submission of payment of $24,981.65 in priority tax claims, and a 69.04221536% dividend to non-priority timely filed unsecured creditors. After the Chapter 7 Trustee made the disbursements pursuant to the Dividend Distribution Report filed on December 12, 2012, Flanders Industries, Inc. returned the payment of the dividend of $24,897.90 to the Chapter 7 Trustee representing that the claim had already been paid; however, the creditor failed to file a withdrawal of its claim. The Chapter 7 Trustee filed an objection to Proof of Claim Number 6 filed by Lloyd/Flanders, Ind., Inc. on August 6, 2013, to confirm that the amount shown in the initial proof of claim was no longer owed. The return of the $24,897.90 and the order disallowing the claim filed by the Lloyd/Flanders, Ind., Inc. have resulted in additional funds to distribute to timely filed unsecured claims.

| CLAIMANT'S NAME | ALLOWED AMOUNT OF CLAIM | PREVIOUS DIVIDEND AMOUNT | ADDITIONAL DIVIDEND AMOUNT DUE TO RETURN OF FUNDS BY LLOYD/FLANDERS, IND. INC. |
|---|---:|---:|---:|
| Allison Outdoor Advertising LT | $3,150.00 | $2,174.83 | 154.28 |
| BB&T | $3,860.00 | $2,665.03 | 189.05 |
| Bassett Furniture Ind., Inc. | $7,937.13 | $5,479.97 | 388.74 |
| Blossman Gas, Inc. | $5,828.58 | $4,024.18 | 285.46 |
| Bountyland Enterprises, Inc. | $2,425.68 | $1,674.74 | 118.80 |
| Conrad Grebel Furniture Collection | $3,769.47 | $2,602.53 | 184.62 |
| D&W Silks, Inc. | $3,832.23 | $2,645.86 | 187.69 |
| Duke Energy Carolinas | $141.31 | $97.56 | 6.92 |
| Elan Financial Services - A Servicer of Cardmember Services | $13,501.84 | $9,321.97 | 661.28 |
| Employment Security Commission of NC | $19.97 | $13.79 | 0.98 |
| Fashion Bed Group | $2,300.00 | $1,587.97 | 112.65 |
| Ferguson Copeland LTD | $4,250.00 | $2,934.29 | 208.15 |
| First National Bank of Omaha | $1,597.27 | $1,102.79 | 78.23 |

| | | | |
|---|---:|---:|---:|
| First National Bank of Omaha | $4,358.83 | $3,009.43 | 213.48 |
| First National Bank of Omaha | $3,579.79 | $2,471.57 | 175.33 |
| First National Bank of Omaha | $6,892.89 | $4,759.00 | 337.59 |
| First National Bank of Omaha | $1,843.89 | $1,273.06 | 90.31 |
| First National Bank of Omaha | $26,017.64 | $17,963.16 | 1,274.26 |
| Flat Rock Furniture Inc | $19,022.00 | $13,133.21 | 931.64 |
| Guildmaster, Inc. | $13,883.54 | $9,585.50 | 679.97 |
| Hanamint Corporation | $13,575.15 | $9,372.58 | 664.87 |
| Highlander Newspaper | $2,511.40 | $1,733.93 | 123.00 |
| Howard Miller Inc | $44,559.87 | $30,765.12 | 2,182.41 |
| Internal Revenue Service | $8,867.17 | $6,122.09 | 434.29 |
| Phillip Lambeth, Esq. | $22,846.46 | $15,773.70 | 1,118.95 |
| Macon Bank, Inc. | $124,000.00 | $85,612.35 | 6,073.15 |
| Macon County Landfill | $204.90 | $141.47 | 10.04 |
| Meadowcraft, Inc. | $6,283.74 | $4,338.43 | 307.76 |
| North Carolina Department of Revenue | $6,293.31 | $4,345.03 | 308.23 |
| O.W. Lee Company, Inc. | $13,130.54 | $9,065.62 | 643.09 |
| Palliser Furniture Corp | $10,803.69 | $7,459.11 | 529.13 |
| Peculiar Flower Design | $3,000.00 | $2,071.27 | 146.93 |
| RBC Bank USA | $14,853.09 | $10,254.90 | 727.46 |
| RBC Centura Bank | $16,614.36 | $11,470.92 | 813.72 |
| Raschella Collection, Inc. | $6,334.50 | $4,373.48 | 310.24 |
| Rowe Furniture Inc | $13,563.28 | $9,364.39 | 664.29 |
| Serta Mattress Company | $19,228.00 | $13,275.44 | 941.73 |
| Spring Air Mattress Corporation | $33,636.00 | $23,223.04 | 1,647.39 |
| Stanley Furniture Company, Inc. | $1,542.27 | $1,064.82 | 75.54 |
| Stein World Operation Co | $6,934.80 | $4,787.94 | 339.65 |
| Town of Highlands, NC | $2,389.20 | $1,649.56 | 117.01 |
| Wildwood Lamps/Wildwood Accent | $8,975.39 | $6,196.81 | 439.59 |
| **TOTAL AMOUNT DISBURSED TO CREDITORS ON THIS REPORT:** | | | $24,897.90 |

| | |
|---|---|
| Prepared by: | Reviewed and approved by:<br>GUY G. GEBHARDT, ACTING UNITED<br>STATES TRUSTEE, REGION 21 |
| /s/ Brad J. Patten | /s/ R. Jeaneane Treace |
| Brad J. Patten, Chapter 7 Trustee<br>Smith, Gilliam, Williams & Miles, P.A.<br>P.O. Box 1098<br>Gainesville GA 30503<br>(770) 536-3381 | R. Jeneane Treace, Trial Attorney<br>GA Bar No. 7l6620<br>United States Department of Justice<br>Office of the United States Trustee<br>362 Richard Russell Building<br>75 Spring Street, SW<br>Atlanta, Georgia 30303<br>(404) 331-4437<br>jeneane.treace@usdoj.gov<br>*Signed by Trustee Brad J. Patten, with express permission* |