UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| FURNITURE SOUTH, INC., | : | CASE NUMBER 09-22352-reb |
| | : | |
| Debtor. | : | JUDGE ROBERT BRIZENDINE |

### NOTICE OF DEPOSITING FUNDS WITH THE U.S. BANKRUPTCY COURT PURSUANT TO 11 U.S.C. SECTION 347 AND BANKRUPTCY RULES 3010(a) AND 3011

COMES NOW, Brad J. Patten as Chapter 7 Trustee in the above-styled case and provides notice that he has submitted to the United States Bankruptcy Court a check for $310.24 which represents an unclaimed dividend payment submitted to **Raschella Collection, Inc.**, 4796 Gregg Road, Pico Rivera, CA 90660-2162 as a supplemental final distribution to Proof of Claim Number 11 in the amount of $6,334.50. The total being submitted pursuant to 11 U.S.C. Section 347 is $310.24.

This 28th day of Apr-l, 2014.

Brad J. Patten, Chapter 7 Trustee
Georgia Bar Number 566210

P.O. Box 1098
Gainesville, GA 30503
(770) 536-3381

SMITH GILLIAM
WILLIAMS & MILES, P.A.
Attorneys at Law
200 OLD COCA-COLA BLDG.
301 GREEN STREET, NW
GAINESVILLE, GEORGIA 30501

MAILING ADDRESS:
P.O. BOX 1098
GAINESVILLE, GEORGIA 30503

T: (770) 536-3381
F: (770) 531-1481

www.sgwmfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| FURNITURE SOUTH, INC., | : | CASE NUMBER 09-22352-reb |
| | : | |
| Debtor. | : | JUDGE ROBERT BRIZENDINE |

## CERTIFICATE OF SERVICE

The undersigned Brad J. Patten, Chapter 7 Trustee in the above styled bankruptcy certifies that I am and at all times hereinafter mentioned was more than eighteen (18) years of age, and that on the ____ day of _____, 2014, I served a copy of the **Notice of Depositing Funds with the U.S. Bankruptcy Court Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rules 3010(a) and 3011** in the above-captioned proceedings to the below by sending a copy of same in United States Mail in an envelope properly addressed with adequate postage thereon to ensure delivery to:

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

United States Bankruptcy Clerk
121 Spring Street
Room 120
Gainesville, GA 30501

Mr. David R. Trippe
Attorney at Law
P.O. Box 193
Sautee Nacoochee, GA 30571

Rachella Collection, Inc.
4796 Gregg Road
Pico Rivera, CA 90660-2162

Rachella Collection, Inc.
Attn: R. Garwal, VP
4796 Gregg Road
Pico Rivera, CA 90660-2162

Rachella Collection, Inc.
Attn: Ramakant Agarwal, Agent for Service
4796 Gregg Road
Pico Rivera, CA 90660-2162

This ____ day of _____, 2014.

_____
Brad J. Patten, Chapter 7 Trustee
Georgia Bar Number 566210

SMITH GILLIAM
WILLIAMS & MILES, P.A.
Attorneys at Law
200 OLD COCA-COLA BLDG.
301 GREEN STREET, NW
GAINESVILLE, GEORGIA 30501

MAILING ADDRESS:
P.O. BOX 1098
GAINESVILLE, GEORGIA 30503

T: (770) 536-3381
F: (770) 531-1481

www.sgwmfirm.com