UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| FURNITURE SOUTH, INC., | : | CASE NUMBER 09-22352-reb |
| | : | |
| Debtor. | : | JUDGE ROBERT BRIZENDINE |

### NOTICE OF DEPOSITING FUNDS WITH THE U.S. BANKRUPTCY COURT PURSUANT TO 11 U.S.C. SECTION 347 AND BANKRUPTCY RULES 3010(a) AND 3011

COMES NOW, Brad J. Patten as Chapter 7 Trustee in the above-styled case and provides notice that he has submitted to the United States Bankruptcy Court a check for $307.76 which represents an unclaimed dividend payment submitted to **Meadowcraft, Inc.,** P.O. Box 798036, Saint Louis, MD 63179-8000 as a final distribution to Proof of Claim Number 2 in the amount of $4,338.43. The total being submitted pursuant to 11 U.S.C. Section 347 is $307.76.

This 5th day of May, 2014.

_____
Brad J. Patten, Chapter 7 Trustee
Georgia Bar Number 566210

P.O. Box 1098
Gainesville, GA 30503
(770) 536-3381

SMITH GILLIAM
WILLIAMS & MILES, P.A.
Attorneys at Law
200 OLD COCA-COLA BLDG.
301 GREEN STREET, NW
GAINESVILLE, GEORGIA 30501

MAILING ADDRESS:
P.O. BOX 1098
GAINESVILLE, GEORGIA 30503

T: (770) 536-3381
F: (770) 531-1481

www.sgwmfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| FURNITURE SOUTH, INC., | : | CASE NUMBER 09-22352-reb |
| | : | |
| Debtor. | : | JUDGE ROBERT BRIZENDINE |

## CERTIFICATE OF SERVICE

The undersigned Brad J. Patten, Chapter 7 Trustee in the above styled bankruptcy certifies that I am and at all times hereinafter mentioned was more than eighteen (18) years of age, and that on the 5th day of May, 2014, I served a copy of the **Notice of Depositing Funds with the U.S. Bankruptcy Court Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rules 3010(a) and 3011** in the above-captioned proceedings to the below by sending a copy of same in United States Mail in an envelope properly addressed with adequate postage thereon to ensure delivery to:

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

United States Bankruptcy Clerk
121 Spring Street
Room 120
Gainesville, GA 30501

Mr. David R. Trippe
Attorney at Law
P.O. Box 193
Sautee Nacoochee, GA 30571

Meadowcraft, Inc.
P.O. Box 798036
Saint Louis, MD 63179-8000

Meadowcraft, Inc.
P.O. Box 798036
Saint Louis, MO 63179-8000

Meadowcraft, Inc.
134 Clay Street
Wadley, AL 36276

This 5th day of May, 2014.

_____
Brad J. Patten, Chapter 7 Trustee
Georgia Bar Number 566210

SMITH GILLIAM
WILLIAMS & MILES, P.A.
Attorneys at Law
200 OLD COCA-COLA BLDG
301 GREEN STREET, NW
GAINESVILLE, GEORGIA 30501

MAILING ADDRESS:
P.O. BOX 1098
GAINESVILLE, GEORGIA 30503

T: (770) 536-3381
F: (770) 531-1481

www.sgwmfirm.com